UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RANKIN,

    Petitioner,

v.      Case Nos.   04-CV-74780
                      02-CR-80242

UNITED STATES OF AMERICA,

        Honorable Arthur J. Tarnow
    Respondent.     United States District Judge
_____/

## JUDGMENT

In accordance with the Order entered on this day, 6th day of October, 2005

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED.**

Dated at Detroit, Michigan, this 6th day of October, 2005.

        **DAVID J. WEAVER**
        **CLERK OF THE COURT**

        **BY:s/s Theresa E. Taylor**
            **Deputy Clerk**

**Approved:**

s/Arthur J. Tarnow
**ARTHUR J. TARNOW**
**UNITED STATES DISTRICT JUDGE**